# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mora, Mandy A. | U.S. BANKRUPTCY - S DIST OF FL | 12/20/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. BANKRUPTCY COURT JUDGE | ☐ Nomination    Date<br>☐ Initial    ✓ Annual    ☐ Final<br><br>5b. ☒ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

THE FLAGLER WATERVIEW BUILDING
1515 NORTH FLAGLER DRIVE, ROOM 801
WEST PALM BEACH, FL 33401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | PRESIDENT | MINDY MORA, P.A. |
| 2. | EXECUTIVE BOARD MEMBER | ASSOCIATION OF COMMERCIAL FINANCE ATTORNEYS |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 05/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | SALARY MINDY A. MORA, P.A. | $83,207.90 |
| 2. | 2018 | S CORPORATION INCOME (SEE PART VIII) | $18,693.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AMERICAN BANKRUPTCY INSTITUTE | 4/19/18-4/20/18 | TAMPA, FL | EDUCATIONAL ACTIVITIES | LODGING, TRANSPORTATION AND MEALS |
| 2. | BANKRUPTCY BAR ASSOCIATION OF SOUTH FLORIDA | 5/10/18-5/13/18 | PALM BEACH, FL | ACTIVITY OF PROFESSIONAL ASSOC OR CIVIC ORGANIZATION | LODGING, TRANSPORTATION AND MEALS |
| 3. | ASSOCIATION OF COMMERCIAL FINANCE ATTORNEYS | 6/7/18-6/10/18 | NEWPORT, RI | NON-FJC EDCUATIONAL SEMINAR OR PROGRAM | LODGING, TRANSPORTATION AND MEALS |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Mora, Mindy A. | 05/15/2019 |

| | | | | | |
|---|---|---|---|---|---|
| 4. | FLORIDA BAR | 6/13/18-6/14/18 | ORLANDO, FL | NON-FJC EDCUATIONAL SEMINAR OR PROGRAM | LODGING, TRANSPORTATION AND MEALS |
| 5. | NATIONAL ASSOCIATION OF BANKRUPTCY TRUSTEES | 8/16/18-8/17/18 | JACKSONVILLE, FL | NON-FJC EDCUATIONAL SEMINAR OR PROGRAM | LODGING, TRANSPORTATION AND MEALS |
| 6. | FLORIDA BAR | 8/31/18-9/3/18 | BONITA SPRINGS, FL | NON-FJC EDCUATIONAL SEMINAR OR PROGRAM | LODGING, TRANSPORTATION AND MEALS |
| 7. | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES | 10/27/18-10/31/18 | SAN ANTONIO, TX | NON-FJC EDCUATIONAL SEMINAR OR PROGRAM | LODGING, TRANSPORTATION AND MEALS |
| 8. | BANKRUPTCY BAR ASSOCIATION OF SOUTH FLORIDA | 11/8/18-11/9/18 | MIAMI, FL | NON-FJC EDCUATIONAL SEMINAR OR PROGRAM | LODGING, TRANSPORTATION AND MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 05/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CITIBANK | BRIDGE LOAN | O |
| 2. | CITIMORTGAGE | FORMER RESIDENCE, ▓▓▓▓▓▓ | N |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. CITIBANK CITIGOLD CHECKING | A | Int./Div. | J | T | | | | | |
| 2. CITIBANK CITIGOLD CHECKING | A | Int./Div. | J | T | | | | | |
| 3. CITIBANK CITIGOLD SAVINGS | A | Int./Div. | L | T | | | | | |
| 4. FIDELITY GOVERNMENT MONEY MARKET | A | Int./Div. | J | T | | | | | |
| 5. FIDELITY SELECT MED TECHNOLOGY & DEVICES | A | Int./Div. | K | T | Buy (add'l) | 04/06/18 | J | | |
| 6. ISHARES RUSSELL 2000 ETF | B | Int./Div. | J | T | Buy (add'l) | 11/09/18 | M | | |
| 7. SPDR S&P 500 ETF TRUST UNIT SER 1 | C | Int./Div. | M | T | Buy (add'l) | 10/02/18 | M | | |
| 8. ISHARES CORE GROWTH ALLOCATION ETF | A | Int./Div. | J | T | Buy (add'l) | 11/09/18 | M | | |
| 9. PUT (SPY) SPDR S&P 500 ETF | A | Int./Div. | J | T | Buy | 03/13/18 | J | | |
| 10. | | | | | Sold (part) | 03/13/18 | J | A | |
| 11. | | | | | Sold (part) | 03/13/18 | J | A | |
| 12. PUT (SPY) SPDR S&P 500 ETF | A | Int./Div. | J | T | Buy | 03/13/18 | J | | |
| 13. | | | | | Sold (part) | 03/13/18 | J | A | |
| 14. | | | | | Sold (part) | 03/13/18 | J | A | |
| 15. PUT (IWM) ISHARES RUSSELL | A | Int./Div. | J | T | Buy | 11/08/18 | J | | |
| 16. | | | | | Sold (part) | 11/08/18 | J | A | |
| 17. | | | | | Sold (part) | 11/08/18 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,000 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PUT (SPY) SPDR S&P 500 ETF | A | Int./Div. | J | T | Buy | 10/01/18 | J | | |
| 19. | | | | | Sold (part) | 10/01/18 | J | A | |
| 20. | | | | | Sold (part) | 10/01/18 | J | A | |
| 21. PUT (SPY SPDR S&P 500 ETF | A | Int./Div. | J | T | Buy | 11/08/18 | J | | |
| 22. | | | | | Sold (part) | 11/08/18 | J | A | |
| 23. | | | | | Sold (part) | 11/08/18 | J | A | |
| 24. CATALYST LYONS HEDGE PREMIUM CL A | A | Int./Div. | | | Sold | 11/08/18 | J | A | |
| 25. FIDELITY MUNICIPAL MONEY MARKET | A | Int./Div. | | | Sold | 08/23/18 | J | A | |
| 26. DOUBLELINE SHILLER ENHANCED CAP | A | Int./Div. | | | Sold | 09/21/18 | K | A | |
| 27. FIDELITY NASDAQ COMPOSITE INDEX | A | Int./Div. | | | Sold | 09/21/18 | K | A | |
| 28. FIDELITY OTC PORT | A | Int./Div. | | | Sold | 09/21/18 | K | A | |
| 29. METROPOLITAN WEST HIGH YIELD BOND | A | Int./Div. | | | Sold | 09/21/18 | J | A | |
| 30. JOHNSON & JOHNSON | A | Int./Div. | | | Sold | 09/21/18 | J | A | |
| 31. | | | | | Buy | 03/13/18 | J | | |
| 32. FIDELITY TREASURY MONEY MARKET FUND | A | Int./Div. | K | T | | | | | |
| 33. IRA: FIDELITY GOVERNMENT CASH RESERVES | A | Int./Div. | J | T | | | | | |
| 34. IRA: FIDELITY MSCI CONSUMER DISCRETIONARY INDEX | A | Int./Div. | J | T | Sold (part) | 12/10/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 01/23/18 | J | | |
| 36. | | | | | Sold (part) | 03/19/18 | J | A | |
| 37. | | | | | Sold (part) | 03/21/18 | J | | |
| 38. | | | | | Buy (add'l) | 05/08/18 | J | | |
| 39. IRA: FIDELITY MSCI CONSUMER STAPLES | A | Int./Div. | J | T | Buy (add'l) | 12/10/18 | J | | |
| 40. | | | | | Sold (part) | 03/19/18 | J | A | |
| 41. | | | | | Buy (add'l) | 03/21/18 | J | | |
| 42. | | | | | Sold (part) | 05/08/18 | J | A | |
| 43. IRA: FIDELITY MSCI ENERGY INDEX | A | Int./Div. | J | T | Sold (part) | 12/10/18 | J | A | |
| 44. | | | | | Buy (add'l) | 01/23/18 | J | | |
| 45. | | | | | Sold (part) | 03/19/18 | J | A | |
| 46. | | | | | Buy (add'l) | 03/21/18 | J | | |
| 47. | | | | | Buy (add'l) | 05/08/18 | J | | |
| 48. IRA: FIDELITY MSCI FINLS INDEX | A | Int./Div. | J | T | Sold (part) | 12/10/18 | J | A | |
| 49. | | | | | Sold (part) | 01/23/18 | J | A | |
| 50. | | | | | Sold (part) | 03/19/18 | J | A | |
| 51. | | | | | Buy (add'l) | 03/21/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold<br>(part) | 05/08/18 | J | A | |
| 53.   IRA: FIDELITY MSCI HEALTH CARE<br>INDEX | A | Int./Div. | J | T | Buy<br>(add'l) | 12/10/18 | J | | |
| 54. | | | | | Sold<br>(part) | 01/23/18 | J | A | |
| 55. | | | | | Sold<br>(part) | 03/19/18 | J | A | |
| 56. | | | | | Buy<br>(add'l) | 03/21/18 | J | | |
| 57. | | | | | Sold<br>(part) | 05/08/18 | J | A | |
| 58.   IRA: FIDELITY MSCI INDL INDEX ETF | A | Int./Div. | J | T | Sold<br>(part) | 12/10/18 | J | A | |
| 59. | | | | | Buy<br>(add'l) | 01/23/18 | J | | |
| 60. | | | | | Sold<br>(part) | 03/19/18 | J | A | |
| 61. | | | | | Buy<br>(add'l) | 03/21/18 | J | | |
| 62. | | | | | Buy<br>(add'l) | 05/08/18 | J | | |
| 63.   IRA: FIDELITY MSCI INFORMATION<br>TECHNOLOGY | A | Int./Div. | J | T | Sold<br>(part) | 12/10/18 | J | A | |
| 64. | | | | | Sold<br>(part) | 01/23/18 | J | A | |
| 65. | | | | | Sold<br>(part) | 03/19/18 | J | A | |
| 66. | | | | | Buy<br>(add'l) | 03/21/18 | J | | |
| 67. | | | | | Buy<br>(add'l) | 05/08/18 | J | | |
| 68.   IRA: FIDELITYMSCI REAL ESTATE<br>INDEX | A | Int./Div. | J | T | Buy<br>(add'l) | 12/10/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 01/23/18 | J | A | |
| 70. | | | | | Sold (part) | 03/19/18 | J | A | |
| 71. | | | | | Buy (add'l) | 03/21/18 | J | | |
| 72. | | | | | Sold (part) | 05/08/18 | J | A | |
| 73. IRA: FIDELITY MSCI UTILS INDEX ETF | A | Int./Div. | J | T | Buy (add'l) | 01/23/18 | J | | |
| 74. | | | | | Sold (part) | 03/19/18 | J | A | |
| 75. | | | | | Buy (add'l) | 03/21/18 | J | | |
| 76. | | | | | Buy (add'l) | 05/08/18 | J | | |
| 77. IRA: FIDELITY MSCI COMMUNICATION SERVICES INDEX | A | Int./Div. | J | T | Buy (add'l) | 12/10/18 | J | | |
| 78. | | | | | Sold (part) | 01/23/18 | J | A | |
| 79. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 80. | | | | | Buy (add'l) | 03/21/18 | J | | |
| 81. | | | | | Sold (part) | 05/08/18 | J | | |
| 82. IRA: FIDELITY MSCI MATLS INDEX | A | Int./Div. | J | T | Buy (add'l) | 12/10/18 | J | | |
| 83. | | | | | Buy (add'l) | 01/23/18 | J | | |
| 84. | | | | | Sold (part) | 03/19/18 | J | A | |
| 85. | | | | | Buy (add'l) | 03/21/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 05/08/18 | J | | |
| 87. | | | | | Sold<br>(part) | 05/08/18 | J | A | |
| 88. IRA: FIDELITY GOVERNMENT CASH RESERVES | A | Int./Div. | J | T | | | | | |
| 89. IRA: CATALYST EXCEED DEFIND | A | Int./Div. | M | T | Buy<br>(add'l) | 11/07/18 | M | | |
| 90. IRA: FID CONSERVATIVE INCOME BOND FUND | B | Int./Div. | L | T | | | | | |
| 91. IRA: FIDELITY MSCI CONSUMER DISCRETIONARY INDEX | A | Int./Div. | L | T | Buy<br>(add'l) | 09/24/18 | L | | |
| 92. IRA: FIDELITY MSCI CONSUMER STAPLES INDEX | B | Int./Div. | K | T | Buy<br>(add'l) | 09/24/18 | K | | |
| 93. IRA: FIDELITY MSCI ENERGY INDEX | A | Int./Div. | K | T | Buy<br>(add'l) | 09/24/18 | K | | |
| 94. IRA: FIDELITY MSCI FINLS INDEX | B | Int./Div. | L | T | Buy<br>(add'l) | 09/24/18 | L | | |
| 95. IRA: FIDELITY MSCI HEALTH CARE INDEX | B | Int./Div. | L | T | Buy<br>(add'l) | 09/24/18 | L | | |
| 96. IRA: FIDELITY MSCI INDL INDEX | B | Int./Div. | L | T | Buy<br>(add'l) | 09/24/18 | L | | |
| 97. IRA: FIDELITY MSCI INFORMATION TECHNOLOGY | B | Int./Div. | M | T | Buy<br>(add'l) | 09/24/18 | M | | |
| 98. IRA: FIDELITY MSCI REAL ESTATE INDEX | B | Int./Div. | K | T | Buy<br>(add'l) | 09/24/18 | K | | |
| 99. IRA: FIDELITY MSCI UTILS INDEX | A | Int./Div. | K | T | Buy<br>(add'l) | 09/24/18 | K | | |
| 100. IRA: FIDELITY MSCI COMMUNICATION SERVICES INDEX | B | Int./Div. | K | T | Buy<br>(add'l) | 09/24/18 | K | | |
| 101. IRA: FIDELITY MSCI MATLS INDEX | A | Int./Div. | K | T | Buy<br>(add'l) | 09/24/18 | K | | |
| 102. IRA: ISHARES MSCI EMERGING MARKETS | A | Int./Div. | K | T | Sold<br>(part) | 08/24/18 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 09/24/18 | K | | |
| 104. | | | | | Buy (add'l) | 01/25/18 | J | | |
| 105. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 106. | | | | | Sold (part) | 05/18/18 | J | A | |
| 107.  IRA: ISHARES S&P 500 GROWTH | C | Int./Div. | N | T | Buy (add'l) | 08/24/18 | K | | |
| 108. | | | | | Buy (add'l) | 09/24/18 | N | | |
| 109. | | | | | Sold (part) | 01/25/18 | J | A | |
| 110. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 111. | | | | | Buy (add'l) | 03/28/18 | J | | |
| 112.  IRA: ISHARES S&P 500 VALUE | D | Int./Div. | M | T | Buy (add'l) | 08/24/18 | M | | |
| 113. | | | | | Buy (add'l) | 09/24/18 | M | | |
| 114. | | | | | Sold (part) | 01/25/18 | J | A | |
| 115. | | | | | Buy (add'l) | 03/01/18 | K | | |
| 116. | | | | | Buy (add'l) | 03/28/18 | J | | |
| 117.  IRA: ISHARES MSCI EAFE ETF | C | Int./Div. | M | T | Sold (part) | 08/24/18 | M | A | |
| 118. | | | | | Buy (add'l) | 09/24/18 | L | | |
| 119. | | | | | Buy (add'l) | 01/25/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 03/01/18 | K | | |
| 121. | | | | | Sold (part) | 05/18/18 | J | A | |
| 122. IRA: ISHARES S&P MID CAP 400 GROWTH | A | Int./Div. | J | T | Buy (add'l) | 09/24/18 | J | | |
| 123. | | | | | Sold (part) | 01/25/18 | J | A | |
| 124. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 125. | | | | | Buy (add'l) | 03/28/18 | J | | |
| 126. IRA: ISHARES S&P MIDCAP 400 VALUE | A | Int./Div. | J | T | Buy (add'l) | 09/24/18 | J | | |
| 127. | | | | | Sold (part) | 01/25/18 | J | A | |
| 128. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 129. | | | | | Buy (add'l) | 03/28/18 | J | | |
| 130. IRA: ISHARES S&P SMALL CAP 600 VALUE | A | Int./Div. | J | T | Sold (part) | 08/24/18 | J | A | |
| 131. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 132. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 133. | | | | | Buy (add'l) | 03/28/18 | J | | |
| 134. IRA: ISHARES TR S&P SMALL CAP 600 GROWTH | A | Int./Div. | J | T | Sold (part) | 08/24/18 | J | A | |
| 135. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 136. | | | | | Buy (add'l) | 03/01/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 03/28/18 | J | | |
| 138.  IRA: S&R INCOME FUND II LP | B | Int./Div. | M | T | Buy (add'l) | 11/19/18 | M | | |
| 139.  IRA: HSR INCOME AND VALUE REIT INC | B | Int./Div. | M | T | Buy (add'l) | 11/02/18 | M | | |
| 140.  IRA: S&R INCOME FUND I LP | B | Int./Div. | M | T | Buy (add'l) | 11/19/18 | J | | |
| 141.  IRA: S&R REAL ESTATE FUND III LP | A | Int./Div. | M | T | Buy (add'l) | 11/06/18 | M | | |
| 142.  IRA: FID CONSERVATIVE INCOME BOND | A | Int./Div. | | | Buy | 09/21/18 | M | | |
| 143. | | | | | Sold | 11/16/18 | J | A | |
| 144.  IRA: APPLE HOSPITALITY REIT | A | Int./Div. | | | Buy | 09/24/18 | J | | |
| 145. | | | | | Sold | 11/08/18 | J | A | |
| 146.  IRA: CAMDEN PPTY TR | A | Int./Div. | | | Buy | 09/24/18 | J | | |
| 147. | | | | | Sold | 11/08/18 | J | A | |
| 148.  IRA: CAPITAL ONE FINANCIAL | A | Int./Div. | | | Buy | 09/24/18 | J | | |
| 149. | | | | | Sold | 11/08/18 | J | A | |
| 150.  IRA: CITIGROUP INC | A | Int./Div. | | | Buy | 09/24/18 | J | | |
| 151. | | | | | Redeemed | 10/22/18 | J | A | |
| 152.  IRA: DOWDUPONT INC | A | Int./Div. | | | Buy | 09/24/18 | J | | |
| 153. | | | | | Sold | 11/08/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  IRA: DUKE ENERGY CORP | A | Int./Div. | | | Buy | 09/24/18 | J | | |
| 155. | | | | | Sold | 11/08/18 | J | A | |
| 156.  IRA: FIDELITY DIVIDEND ETF | A | Int./Div. | | | Buy | 09/24/18 | J | | |
| 157. | | | | | Sold | 11/08/18 | J | A | |
| 158.  IRA: FIRST TR EXCHANGE TRADED | A | Int./Div. | | | Buy | 09/24/18 | J | | |
| 159. | | | | | Sold | 11/08/18 | J | A | |
| 160.  IRA: GLOBAL X FDS GLOBAL | A | Int./Div. | | | Buy | 09/24/18 | J | | |
| 161. | | | | | Sold | 11/08/18 | J | A | |
| 162.  IRA: GOLDMAN SACHS GROUP | A | Int./Div. | | | Buy | 09/24/18 | J | | |
| 163. | | | | | Sold | 11/08/18 | J | A | |
| 164.  IRA: INVESCO EXCHNG TRADED | A | Int./Div. | | | Buy | 09/24/18 | J | | |
| 165. | | | | | Sold | 11/08/18 | J | A | |
| 166.  IRA: ISHARES U S REAL ESTATE | A | Int./Div. | | | Buy | 09/24/18 | J | | |
| 167. | | | | | Sold | 11/08/18 | J | A | |
| 168.  IRA: ISHARES TR GLB INFRASTR | A | Int./Div. | | | Buy | 09/24/18 | J | | |
| 169. | | | | | Sold | 11/08/18 | J | A | |
| 170.  IRA: ISHARES TR INTL SEL DIV | A | Int./Div. | | | Buy | 09/24/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 11/08/18 | J | A | |
| 172.  IRA: TR JP MOR EM MK | A | Int./Div. | | | Buy | 09/24/18 | J | | |
| 173. | | | | | Sold | 11/08/18 | J | A | |
| 174.  IRA: JPMORGAN CHASE | A | Int./Div. | | | Buy | 09/24/18 | J | | |
| 175. | | | | | Sold | 11/08/18 | J | A | |
| 176.  IRA: MORGAN STANLEY | A | Int./Div. | | | Buy | 09/24/18 | J | | |
| 177. | | | | | Sold | 11/08/18 | J | A | |
| 178.  IRA: PFIZER | A | Int./Div. | | | Buy | 09/24/18 | J | | |
| 179. | | | | | Sold | 11/07/18 | J | A | |
| 180.  IRA: PUBLIC STORAGE | A | Int./Div. | | | Buy | 09/24/18 | J | | |
| 181. | | | | | Sold | 11/08/18 | J | A | |
| 182.  IRA: RENAISSANCERE HOLDINGS | A | Int./Div. | | | Buy | 09/24/18 | J | | |
| 183. | | | | | Sold | 11/08/18 | J | A | |
| 184.  IRA: SCE TR II | A | Int./Div. | | | Buy | 09/24/18 | J | | |
| 185. | | | | | Sold | 11/08/18 | J | A | |
| 186.  IRA: SOUTHERN CO | A | Int./Div. | | | Buy | 09/24/18 | J | | |
| 187. | | | | | Sold | 11/08/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  IRA: US BANKCORP | A | Int./Div. | | | Buy | 09/24/18 | J | | |
| 189. | | | | | Sold | 11/08/18 | J | A | |
| 190.  IRA: VANECK VECTORS | A | Int./Div. | | | Buy | 09/24/18 | J | | |
| 191. | | | | | Sold | 11/08/18 | J | A | |
| 192.  IRA: VANGUARD INTL EQUITY | A | Int./Div. | | | Buy | 09/24/18 | J | | |
| 193. | | | | | Sold | 11/08/18 | J | A | |
| 194.  IRA: VANGUARD WORLD FDS | A | Int./Div. | | | Buy | 09/24/18 | J | | |
| 195. | | | | | Sold | 11/08/18 | J | A | |
| 196.  IRA: VERIZON COMMUNICATIONS | A | Int./Div. | | | Buy | 09/24/18 | J | | |
| 197. | | | | | Sold | 11/08/18 | J | A | |
| 198.  IRA: WELLS FARGO | A | Int./Div. | | | Buy | 09/24/18 | J | | |
| 199. | | | | | Sold | 11/08/18 | J | A | |
| 200.  IRA: WELLTOWER | A | Int./Div. | | | Buy | 09/24/18 | J | | |
| 201. | | | | | Sold | 11/08/18 | J | A | |
| 202.  IRA: FIDELITY DIVIDEND ETF FOR RISING | A | Int./Div. | J | T | Buy | 10/15/18 | J | | |
| 203.  IRA: MERCK & CO | A | Int./Div. | | | Buy | 11/07/18 | J | | |
| 204. | | | | | Sold | 11/08/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. ROTH IRA: FIDELITY TREASURY MONEY MARKET FUND | A | Int./Div. | J | T | | | | | |
| 206. ROTH IRA: ISHARES CORE GROWTH ALLOCATION | A | Int./Div. | J | T | | | | | |
| 207. ROTH IRA: FIDELITY GOVERNMENT CASH RESERVES | A | Int./Div. | J | T | | | | | |
| 208. ROTH IRA: MSCI CONSUMER DISCRETIONARY | A | Int./Div. | J | T | Buy (add'l) | 11/08/18 | J | | |
| 209. | | | | | Sold (part) | 12/10/18 | J | A | |
| 210. ROTH IRA: MSCI CONSUMER STAPLES INDEX ETF | A | Int./Div. | J | T | Buy (add'l) | 11/08/18 | J | | |
| 211. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 212. ROTH IRA: MSCI ENERGY INDEX ETF | A | Int./Div. | J | T | Buy (add'l) | 11/08/18 | J | | |
| 213. | | | | | Sold (part) | 12/10/18 | J | A | |
| 214. ROTH IRA: MSCI FINLS INDEX ETF | A | Int./Div. | J | T | Buy (add'l) | 11/08/18 | J | | |
| 215. | | | | | Sold (part) | 12/10/18 | J | A | |
| 216. ROTH IRA: MSCI HEALTH CARE INDEX | A | Int./Div. | J | T | Buy (add'l) | 11/08/18 | J | | |
| 217. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 218. ROTH IRA: MSCI INDL INDEX ETF | A | Int./Div. | J | T | Buy (add'l) | 11/08/18 | J | | |
| 219. | | | | | Sold (part) | 12/10/18 | J | A | |
| 220. ROTH IRA: MSCI INFORMATION TECHNOLOGY | A | Int./Div. | J | T | Buy (add'l) | 11/08/18 | J | | |
| 221. | | | | | Sold (part) | 12/10/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. ROTH IRA: MSCI REAL ESTATE INDEX | A | Int./Div. | J | T | Buy (add'l) | 11/08/18 | J | | |
| 223. | | | | | Sold (part) | 12/10/18 | J | A | |
| 224. ROTH IRA: MSCI UTILS INDEX | A | Int./Div. | J | T | Buy (add'l) | 11/08/18 | J | | |
| 225. ROTH IRA: MSCI COMMUNICATION SERVICES | A | Int./Div. | J | T | Buy (add'l) | 11/08/18 | J | | |
| 226. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 227. ROTH IRA: MSCI MATLS INDEX | A | Int./Div. | J | T | Buy (add'l) | 11/08/18 | J | | |
| 228. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 229. 401K: NEWPORT HEDGE FUND SUBACCT (BS BANYAN II INVESTMENTS LLLP) | A | Int./Div. | M | T | | | | | |
| 230. RLS/TLH HUGHES-1, LLC | G | Distribution | N | W | | | | | |
| 231. 401K: BLACKROCK EQUITY INDEX CLASS R FUND | A | Int./Div. | | | Buy | 02/22/18 | N | | |
| 232. | | | | | Sold | 09/13/18 | N | A | |
| 233. 401K: VANGUARD EQUITY-INCOME ADM FUND | A | Int./Div. | | | Buy | 02/22/18 | N | | |
| 234. | | | | | Sold | 09/13/18 | N | A | |
| 235. 401K: AMERICAN CENTURY MID-CAP VALUE R6 FUND | A | Int./Div. | | | Buy | 02/22/18 | N | | |
| 236. | | | | | Sold | 09/13/18 | N | A | |
| 237. 401K: JANUS HENDERSON TRITON N FUND | A | Int./Div. | | | Buy | 02/22/18 | N | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. | | | | | Sold | 09/13/18 | N | A | |
| 239. 401K: AMERICAN FUNDS EUROPACIFIC GROWTH R6 FUND | A | Int./Div. | | | Buy | 02/22/18 | N | | |
| 240. | | | | | Sold | 09/13/18 | N | A | |
| 241. 401K: OPPENHEIMER INTERNATIONAL SMALL-MID COMPANY INSTL FUND | A | Int./Div. | | | Buy | 02/22/18 | N | | |
| 242. | | | | | Sold | 09/13/18 | N | A | |
| 243. 401K: T. ROWE PRICE INSTITUTIONAL LARGE CAP GROWTH FUND | A | Int./Div. | | | Sold | 02/21/18 | N | A | |
| 244. 401K: MASSMUTUAL SELECT MID CAP GROWTH INSTL FUND | A | Int./Div. | | | Sold | 02/21/18 | N | A | |
| 245. 401K: VANGUARD MID-CAP INDEX ADMIRAL FUND | A | Int./Div. | | | Sold | 02/21/18 | M | A | |
| 246. 401K: VANGUARD SMALL CAP INDEX ADMIRAL FUND | A | Int./Div. | | | Sold | 02/21/18 | M | A | |
| 247. 401K: OPPENHEIMER DEVELOPING MARKETS INSTITUTIONAL FUND | A | Int./Div. | | | Sold | 02/21/18 | M | A | |
| 248. 401K: VANGUARD TOTAL INTERNATIONAL STOCK INDEX ADMIRAL FUND | A | Int./Div. | | | Sold | 02/21/18 | L | A | |
| 249. 401K: TEMPLETON GLOBAL BOND R6 | A | Int./Div. | | | Sold | 02/21/18 | L | A | |
| 250. 401K: COLUMBIA STRATEGIC INCOME | A | Int./Div. | | | Sold | 02/21/18 | L | A | |
| 251. 401K: BLACKROCK HIGH YIELD BOND | A | Int./Div. | | | Sold | 02/21/18 | L | A | |
| 252. 401K: VANGUARD TOTAL BD MKT IDX ADM | A | Int./Div. | | | Sold | 02/21/18 | M | A | |
| 253. 401K: PRUDENTIAL TOTAL RETURN BD | A | Int./Div. | | | Sold | 02/21/18 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 254.  401K: VANGUARD MID CAP GROWTH INV | A | Int./Div. | | | Sold | 02/21/18 | M | A | |
| 255.  401K: PRINCIPAL REAL ESTATE SECS | A | Int./Div. | | | Sold | 02/21/18 | L | A | |
| 256.  401K: VANGUARD S&P INDEX ADM | A | Int./Div. | | | Sold | 02/21/18 | N | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>   (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>   (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>   (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Mora, Mindy A. | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART III: NON-INVESTMENT INCOME
MINDY A. MORA OWNS 100% OF THE CAPITAL STOCK OF MINDY A. MORA, P.A. {PA}. THE PA WAS A PARTNER IN THE LAW FIRM OF BILZIN SUMBERG BAENA PRICE & AXELROD, LLLP {BSBPA}. ALL THE INCOME FROM BSBPA IS REPORTED BY THE PA. MINDY A. MORA REPORTS THIS INCOME AS SALARY AND S CORPORATION INCOME FROM MINDY A. MORA PA. THE 2018 S CORPORATION INCOME HAS BEEN ESTIMATED BASED UPON THE BEST INFORMATION AVAILABLE.

PART II: INVESTMENTS AND TRUST
GAINS AND LOSSES ON RETIREMENT ACCOUNTS ARE NOT REPORTED FOR INCOME TAX PURPOSES AND HAS BEEN ESTIMATED.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Mindy A. Mora**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544